PD-1600&1601&1602-14

WILLIE EUGENE HARDEMAN

No. 1891985

May 6, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

FILED IN
COURT OF CRIMINAL APPEALS

MAY 11 2015

Abel Acosta, Clerk

Re:        PDR Cause Numbers:
                          PD-1600-14
                          pd-1601-14
                          PD-1602-14

Hon. Abel Acosta, Clerk:

   Dear Clerk, enclosed please find for filing in said Causes; Appellant's "Motion Requesting Leave to Proceed as a Veteran." To be brought to the attention of the Justices for a Ruling, and for further support for the Appellant's Motion For Extension ofTime In which to file his motion for rehearing.

   Please date stamp this cover letter time/date and return it to me for my file.

   I thank you in advance for all your assistance provided in this matter.

   Thank you again.

                                        Sincerely,

                                        Willie Eugene Hardeman
                                        Willie Eugene Hardeman, Pro se
                                        TDCJ-ID No. 1891985
                                        Jester III Unit
                                        3 Jester Road
WEH/cm                                  Richmond, Texas 77406

Enclosure

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 1 1 2015

Abel Acosta, Clerk

## IN THE
## COURT OF CRIMINAL APPEALS
## AT
## AUSTIN, TEXAS

WILLIE EUGENE HARDEMAN,  
    Appellant/Petitioner

     :  
     :  
     :  
VS.                    :       No!s: 09-13-00467-CR  
                       :              09-13-00468-CR  
THE STATE OF TEXAS,     :           09-13-00468-CR  
    Respondent.        :           09-13-00469-CR

### MOTION REQUESTING LEAVE TO PROCEED AS A VETRARERAN

TO THE HONORABLE JUSTICES OF SAID COURT:

    COMES NOW, Willie Eugene Hardeman, Appellant/Petitioner, in the above Styled and Numbered Causes, Respectfully submits this his Motion and would show the followings:

### I.

    Rules of the Supreme Court of the United States, Rule 40.1. A Veteran suing under provision of law exempting Veterans from the payment of fees or court costs, may proceed withoutprepayment of fees or costs or furnishing security therefor and may file a Motion For Leave To Proceed on papers prepared as required by Rule 33.2. The motion shall ask Leave To Proceed as a Vereran and be accompanied by an affidavit of Declaration setting out the moving party's Veteran status. A copy of the motion shall precede and be attached to each copy of the Petition For A Writ of Ceriorari or other substantive document filed by the Veteran. See attached Affidavit and exhibit attached.

                                     *Willie Eugene Hardeman*  
                               Willie Eugene Hardeman, Pro se

1.

**AFFIDAVIT**

STATE OF TEXAS

COUNTY OF FORT BEND

My name is Willie Eugege Hardeman, I am over twenty-one years of age, of sound mind, capable of making this Affidavit, and are personally acquainted with the facts herein stated.

## I.

### Certian VA Benefits Require Wartime Service

Certain VA benefits require service during wartime, under the law VA recognizes these war periods:

### Vietnam War

In 1974, (for veterans who served "In Country" before 1974),

I declare under penalty of perjury that the foregoing is true and correct and that this Affidavit under 28 U.S.C. §1746.

Executed on _____, 2015

See Exhibit ( ) attached, from National Personel Records Center.

/s/ Willie Eugene Hardeman
Willie Eugene Hardeman, 1891985

# DEPARTMENT OF VETERANS AFFAIRS

V. A. Medical Center Dallas
4500 S. Lancaster Rd.
Mail Stop: ROI
Dallas, TX 75216

DATE: 2/18/2014
In Reply Refer To: ROI
SSN: 5199

WILLIE EUGENE HARDEMAN
1518 EAST LANCASTER
FORT WORTH, TX 76102

RE: ROI Plus Request for WILLIE EUGENE HARDEMAN

Dear MR HARDEMAN:

This individually identifiable information is privileged. Its confidentiality should be maintained along with appropriate security safeguards to protect against individual harm (identity theft), embarrassment, or inconvenience.

Sincerely,

Saadia Sajjad
Chief, HIMS



Exhibit (1)    Page 3.

Prepared by: MARY E ROYALSTON - Release of Information

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above aand foregoing documents will be served by regular mail by placing same in the United States Mail Box, postage prepaid, in the institution mail box, on this the 6th day of May, 2015, addressed to:

CLERK OF THE COURT OF CRIMINAL APPEALS
Abel Acosta, Clerk
P.O. Box 12308,
Capitol Station
Austin, Texas 78711

Rodney D. Conerly,
Assistant Criminal District Atty.
Jefferson County Courthouse
Beaumont, Texas 77701

Respectfully submitted,

Willie Eugege Hardeman, #1891985

4.